■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. BLANDING, Appellant.—Judgment insofar as it imposes sentence unanimously modified as a matter of discretion in the interest of justice by reducing the sentence to time served and otherwise judgment affirmed. (Appeal from judgment of Monroe Supreme Court—attempted assault, second degree.) Present—Cardamone, J. P., Simons, Dillon, Hancock, Jr., and Denman, JJ.

■ In the Matter of JAMES GIBIDES, JR., Appellant, v ROBERT POWERS, as Chief of Police of the Town of Camillus, et al., Respondents.—Motions for resettlement of order entered November 14, 1977 granted to the extent that the ordering paragraph of the order entered November 14, 1977 is amended to read as follows: "It is hereby ORDERED, That the judgment so appealed from be and the same hereby is unanimously reversed with costs and the petition is granted to the extent of reducing the punishment of dismissal to a suspension without pay for a period of four months"; and the motion for a stay is denied. Present—Cardamone, J. P., Simons, Dillon, Hancock, Jr., and Denman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v FILMORE SCRUGGS, Defendant.—Motion for change of venue denied. Memorandum: On this application it does not appear that a fair trial cannot be obtained in Chautauqua County, and at this time we deem the motion premature (see *People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982). Present—Moule, J. P., Simons, Dillon, Hancock, Jr., and Denman, JJ.